1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN STEVEN HALLMAN, | ) | No. C 10-3548 LHK (PR) |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | DEFENDANTS' MOTION TO |
| | ) | STAY DISCOVERY; |
| v. | ) | GRANTING PLAINTIFF'S |
| | ) | MOTION FOR EXTENSION OF |
| | ) | TIME; GRANTING |
| MATTHEW CATE, et al., | ) | PLAINTIFF'S MOTION TO |
| | ) | AMEND COMPLAINT |
| Defendants. | ) | |
| | ) | (Docket Nos. 27, 31 and 33) |

Plaintiff, a state prisoner, filed this instant *pro se* prisoner complaint under 42 U.S.C.

§ 1983. On January 24, 2011, Defendants filed a motion to stay discovery based on qualified

immunity. On February 7, 2011, Plaintiff filed a motion for extension of time to file his

opposition to Defendants' motion to dismiss. On February 14, 2011, Plaintiff filed a motion for

leave to file an amended complaint.

A district court has broad discretion to stay discovery pending the disposition of a

dispositive motion. *See Panola Land Buyers Ass'n v. Shuman*, 762 F.2d 1550, 1560 (11th Cir.

1985). However, motions to stay discovery are not favored where resolution of the dispositive

motion may not dispose of the entire case. *Id.* Here, should Defendants' motion to dismiss be

granted, it would dispose of the entire case. Moreover, the Court should stay discovery until it

resolves the question of qualified immunity. *See Crawford-El v. Britton*, 523 U.S. 574, 598

1  (1998).  Accordingly, the Court GRANTS Defendants' motion to stay discovery until disposition

2  of Defendants' motion to dismiss.

3         Because it appears no party would be prejudiced by an extension, Plaintiff's motion for

4  extension of time to file his opposition is GRANTED.  Plaintiff shall file his opposition, **on or**

5  **before March 25, 2011**.  Defendants shall file their reply brief no later than **fifteen (15) days**

6  from the date the opposition is filed.

7         A review of Plaintiff's proposed amended complaint reveals that it adds more details and

8  clarifies Plaintiff's claims, but does not alter the Defendants named or the substance of

9  Plaintiff's allegations.  Accordingly, Plaintiff's motion for leave to file an amended complaint is

10  GRANTED.  *See* Fed. R. Civ. P. 15(a)(1)(B).

11        The clerk shall file Plaintiff's amended complaint.  Plaintiff's amended complaint is the

12  operative complaint.  *See* London v. Cooper & Lybrand, 644 F.2d 811, 814 (9th Cir, 1981).

13        This order terminates docket nos.  27, 31 and 33.

14        IT IS SO ORDERED.

15

16  DATED:   3/14/11                                    _____

                                                    LUCY H. KOH
17                                                   United States District Judge

18

19

20

21

22

23

24

25

26

27

28