IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN STEVEN HALLMAN,<br><br>   Plaintiff,<br><br>   v.<br><br>MATTHEW CATE, et al.,<br><br>   Defendants. | No. C 10-3548 LHK (PR)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR PHOTOCOPIES<br><br>(Docket No. 41) |

Plaintiff, a state prisoner, filed an amended *pro se* prisoner complaint under 42 U.S.C. § 1983. On March 31, 2011, Plaintiff filed a motion requesting the Court to copy Plaintiff's opposition to Defendants' motion to dismiss (docket no. 37), and mail one copy to the Defendants and one copy back to Plaintiff. Plaintiff asserts that the prison would not provide copies of the pleading for him because it was over 50 pages.

Plaintiff's request for a copy of his opposition is DENIED. A review of Plaintiff's supporting documents shows that his request was not denied solely because it was in excess of 50 pages. Rather, it was denied because Plaintiff failed to comply with the prison's internal requirements for obtaining copies in excess of 50 pages.

Defendants can obtain Plaintiff's opposition through the Court's electronic filing system. Should the Plaintiff require a copy of his opposition, he will need to file with the Court a copy

1  request form and pay the requisite fee.
2      IT IS SO ORDERED.
3  DATED:  5/24/11

_____
LUCY H. KOH
United States District Judge