IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN STEVEN HALLMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>MATTHEW CATE, et al.,<br><br>    Defendants. | No. C 10-3548 LHK (PR)<br><br>JUDGMENT |

An order of judgment is hereby entered DISMISSING this action with prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 7/29/11

                        LUCY H. KOH
                        United States District Judge

Judgment
P:\PRO-SE\SJ.LHK\CR.10\Hallman548jud.wpd